IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY OTTOVICH, MARK OTTOVICH,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, CHASE BANK DBA WASHINGTON MUTUAL, DOES ONE THROUGH 50, INCLUSIVE,<br><br>Defendants. | No. C 10-02842 WHA<br><br>**ORDER REGARDING HEARING ON MOTION TO REMAND** |

Defendants filed an opposition to plaintiff Mark Ottovich's motion to remand on August 12, 2010 (Dkt. No. 17). The caption of defendants' opposition states "telephonic appearance requested." That request is **DENIED**.

The parties are reminded that this case was transferred from Judge Spero. Counsel is expected to appear in person for the hearing on **SEPTEMBER 2, 2010** at **8:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE