IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY OTTOVICH, MARK OTTOVICH,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, CHASE BANK DBA WASHINGTON MUTUAL, DOES ONE THROUGH 50, INCLUSIVE,<br><br>Defendants.<br>_____/ | No. C 10-02842 WHA<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

An initial case management conference is scheduled in this case for September 2, 2010, at 8:00 a.m. (Dkt. No. 14). This order changes the time of that conference to 11:00 a.m. on the same day.

The parties were reminded that this case was transferred from Judge Spero (Dkt. No. 18). Yet the parties have continued to notice the wrong time and place on their filings. The parties are further reminded to correct their filings.

**IT IS SO ORDERED.**

Dated: August 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE