IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY OTTOVICH, MARK OTTOVICH, | No. C 10-02842 WHA |
| Plaintiffs, | |
| v. | **ORDER REGARDING CASE MANAGEMENT CONFERENCE** |
| CHASE HOME FINANCE, LLC, CHASE BANK DBA WASHINGTON MUTUAL, DOES ONE THROUGH 50, INCLUSIVE, | |
| Defendants. | |

The attorney for plaintiff Harvey Ottovich has applied to continue the case management conference scheduled for September 2, 2010, because a trial that he expected to conclude by that time will now preclude his attendance. For good cause shown, the September 2 case management conference is **VACATED**, and a new case management conference is scheduled for **SEPTEMBER 16, 2010**, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: September 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE