IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARVEY OTTOVICH and MARK OTTOVICH,

    Plaintiffs,

  v.

CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL INC., and JP MORGAN CHASE BANK NA,

    Defendants.

No. C 10-02842 WHA

**SCHEDULING ORDER**

    Plaintiffs filed a motion for leave to file an amended complaint. They noticed the motion for November 10, 2011 [sic], at 9:00 a.m. Presumably the year is a typo. Assuming it is, plaintiffs have noticed a motion for a Wednesday, even though the undersigned hears civil motions on Thursdays at 8:00 a.m. The Court's deputy left a message for the attorney for one of the plaintiffs (the other is representing himself *pro se*) to inform him that plaintiffs must renotice the motion, but they have not done so. Meanwhile, no opposition has been received, perhaps because of the confusion about when the motion will be heard.

    The motion hearing on November 10, 2011, is **VACATED**. The motion will be heard on **NOVEMBER 18, 2010, AT 8:00 A.M.** The deadlines for opposition and reply briefs shall be calculated according to the Civil Local Rules based on this new hearing date.

    **IT IS SO ORDERED.**

Dated: October 21, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE