IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY OTTOVICH and MARK OTTOVICH,<br><br>              Plaintiffs,<br><br>   v.<br><br>CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL INC., and JP MORGAN CHASE BANK NA,<br><br>              Defendants.<br>                                                                     / | No. C 10-02842 WHA<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs' motion for leave to file an amended complaint is set for a hearing on November 18, 2010. Pursuant to Civil Local Rule 7-3, any brief in opposition to plaintiffs' motion was due on October 28, 2010, but no such opposition has been received. Defendants are ordered to respond by **NOVEMBER 5, 2010, AT NOON**, and show cause for their failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on November 18, 2010, is **VACATED**. A new hearing shall be noticed by the Court if necessary. If no response is received by November 5, plaintiffs' motion may be granted.

   **IT IS SO ORDERED.**

Dated: November 1, 2010.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE