IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY OTTOVICH, MARK OTTOVICH, and the Harvey G. Ottovich Revocable Living Trust,<br><br>    Plaintiffs,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL INC., and JP MORGAN CHASE BANK NA,<br><br>    Defendants.<br>                                     / | No. C 10-02842 WHA<br><br>**ORDER TO SHOW CAUSE** |

Norman Newhouse and Attorney Craig Mar, counsel of record for plaintiffs, are ordered to show cause why they should not both be referred to the state bar for unauthorized practice of law, and aiding and abetting the unauthorized practice of law, respectively.

This action was removed from state court on June 28, 2010. Plaintiffs are Harvey Ottovich, Mark Ottovich, and a trust. Also on June 28, Attorney Craig Mar registered on the electronic case filing system as counsel of record for Harvey Ottovich. Plaintiff Mark Ottovich represented himself *pro se* until July 20, at which time Norman Newhouse registered as counsel of record for both Harvey Ottovich and Mark Ottovich.

Norman Newhouse has been suspended by the state bar and is not authorized to practice law. Yet he has electronically filed every one of plaintiffs' submissions in this action himself. Every filing by plaintiffs, however, lists Mar in the attorney caption along with Mark Ottovich as "plaintiff in pro per" — Newhouse is not listed — and every filing is signed "/s/

Craig Mar." Meanwhile, several such filings also append a page that lists details of the origin of the document being filed, which indicate they originated from the law office of Norman Newhouse. Only Attorney Mar appeared at the initial case management conference, which has been the only time the parties have appeared (Dkt. No. 28). In a declaration attached to one of plaintiffs' filings, Newhouse stated under oath that he is "a paralegal working for plaintiff Harvey Ottovich's attorney Craig Mar" (Dkt. No. 12).

Norman Newhouse and Attorney Craig Mar must show cause why they should not both be referred to the state bar, and must submit declarations in support of their showing, by **NOVEMBER 12, 2010, AT NOON**. They must then both appear on **NOVEMBER 18, 2010, AT 11:00 A.M.** Defendants' counsel should also appear. If the declarations of Newhouse and Mar are satisfactory to resolve the matter, the hearing may be cancelled, but unless a new order is issued everyone should plan to appear on November 18.

**IT IS SO ORDERED.**

Dated: November 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2