IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY OTTOVICH, MARK OTTOVICH, and the Harvey G. Ottovich Revocable Living Trust,<br><br>    Plaintiffs,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL INC., and JP MORGAN CHASE BANK NA,<br><br>    Defendants.<br> / | No. C 10-02842 WHA<br><br>**ORDER REGARDING RESPONSES TO ORDER TO SHOW CAUSE** |

    Norman Newhouse and Craig Mar, counsel of record for plaintiffs, were ordered to show cause why they should not both be referred to the state bar for unauthorized practice of law, and aiding and abetting the unauthorized practice of law, respectively.  Instead of filing their responses, which were due on November 12, at noon, they e-mailed them to the Clerk's Office.  They should have filed their responses.  The Clerk shall file their responses, along with the e-mails to which they were attached so that the date and time they were sent will appear, but in the future all parties must file documents on the docket in the regular course.

    **IT IS SO ORDERED.**

Dated: November 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE