IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY OTTOVICH, MARK OTTOVICH, and the Harvey G. Ottovich Revocable Living Trust,<br><br>    Plaintiffs,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL INC., and JP MORGAN CHASE BANK NA,<br><br>    Defendants. | No. C 10-02842 WHA<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiffs and Attorney Craig Mar are ordered to show cause why this case should not be dismissed for lack of prosecution. They were ordered to file their second amended complaint, first by November 8 (Dkt. No. 38), and then by November 24 (Dkt. No. 43). They have not done so. Their proposed amended complaint is all prepared and ready to be filed as a new complaint (*see* Dkt. No. 35-1), but given that plaintiffs keep failing to comply with deadlines to simply file it on the docket as a second amended complaint, it appears that plaintiffs and Attorney Craig Mar are no longer interested in prosecuting this action. They must show cause by **DECEMBER 10, 2010**, or else this case will be dismissed.

    **IT IS SO ORDERED.**

Dated: November 29, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE