**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY OTTOVICH, MARK OTTOVICH, and the HARVEY G. OTTOVICH REVOCABLE LIVING TRUST,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL INC., and JP MORGAN CHASE BANK NA,<br><br>  Defendants. | No. C 10-02842 WHA<br><br>**ORDER REGARDING STIPULATION TO CONTINUE MEDIATION CUT-OFF** |

The parties have filed a stipulation requesting that the mediation deadline be extended due to the pending motion by plaintiffs' counsel to withdraw as counsel. Apparently there was an ADR phone conference but no one appeared for plaintiffs. The parties must mediate this matter by **APRIL 29, 2011**.

**IT IS SO ORDERED.**

Dated: April 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE