1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARVEY OTTOVICH, MARK OTTOVICH,
and the HARVEY G. OTTOVICH
REVOCABLE LIVING TRUST,

       Plaintiffs,

  v.

CHASE HOME FINANCE, LLC,
WASHINGTON MUTUAL INC., and JP
MORGAN CHASE BANK NA,

       Defendants.

_____/

No. C 10-02842 WHA

**ORDER ADVANCING HEARING AND
REQUIRING ATTENDANCE OF
NORMAN NEWHOUSE, CRAIG MAR,
MARK AND HARVEY OTTOVICH,
AND DEFENSE COUNSEL**

      Norman Newhouse has moved to withdraw as counsel for plaintiffs.  No one has filed

any brief in response, even though the deadlines for both the opposition and reply briefs have

passed.  This matter is approaching the discovery deadline.  For sake of expediency, the

hearing on the motion to withdraw will be heard on **APRIL 14, 2011, AT 2:00 P.M.**

      This order requires the attendance of the following individuals at the hearing: Norman

Newhouse, Craig Mar, Mark and Harvey Ottovich, and defense counsel.  Attorneys Mar and

Newhouse must inform their clients of this requirement immediately.

      **IT IS SO ORDERED.**

Dated:  April 8, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE