IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARVEY OTTOVICH, MARK OTTOVICH, and the HARVEY G. OTTOVICH REVOCABLE LIVING TRUST,

    Plaintiffs,

  v.

CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL INC., and JP MORGAN CHASE BANK NA,

    Defendants.

No. C 10-02842 WHA

**ORDER DENYING SUBSTITUTION**

Norman Newhouse has moved to withdraw as counsel for plaintiffs. Craig Mar is also listed as counsel of record for plaintiffs. Last Friday, an order advanced the hearing on the motion to withdraw, and required the attendance of the following individuals at the hearing: Norman Newhouse, Craig Mar, Mark and Harvey Ottovich, and defense counsel.

Over the weekend, Attorney Newhouse filed a "notice of substitution," purporting to "substitute" the plaintiffs *pro se* for Attorney Newhouse. The motion to withdraw has not been withdrawn and it is unclear where Attorney Mar is in all of this. It is unclear what effect Attorney Newhouse thinks his weekend filing will have. To the extent the substitution is an attempted stipulation to allow Attorney Newhouse to withdraw without Court approval, it is **DENIED**. The Clerk shall not change the parties listed on the docket at this time.

*The prior order still stands and everyone shall appear on April 14 at 2:00 p.m. for the motion hearing.*

**IT IS SO ORDERED.**

Dated: April 11, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2