IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARVEY OTTOVICH, MARK OTTOVICH, and the HARVEY G. OTTOVICH REVOCABLE LIVING TRUST,

    Plaintiffs,

  v.

CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL INC., and JP MORGAN CHASE BANK NA,

    Defendants.

No. C 10-02842 WHA

**ORDER GRANTING NORMAN NEWHOUSE'S MOTION TO WITHDRAW AS COUNSEL**

As stated at the motion hearing, and pursuant to agreement by plaintiffs, Norman Newhouse's motion to withdraw as counsel for plaintiffs is **GRANTED**. Attorney Craig Mar shall continue as counsel of record for plaintiffs in this action for the duration.

**IT IS SO ORDERED.**

Dated: April 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE