IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY OTTOVICH, MARK OTTOVICH, and the HARVEY G. OTTOVICH REVOCABLE LIVING TRUST,<br><br>   Plaintiffs,<br><br>   v.<br><br>CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL INC., and JP MORGAN CHASE BANK NA,<br><br>   Defendants.<br>_____ / | No. C 10-02842 WHA<br><br>**ORDER DENYING STIPULATION TO EXTEND DEADLINES** |

The fact discovery and mediation deadlines in this matter have passed. Both sides are represented by counsel. The parties now stipulate to "(1) extend time for plaintiffs to respond to discovery; (2) extend time for plaintiffs to fully provide all Rule 26 disclosure; (3) extend time for defendants to designate expert witnesses; and (4) continue mediation cut-off." Good cause not shown, the stipulation is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE