IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARVEY OTTOVICH, MARK OTTOVICH, and the HARVEY G. OTTOVICH REVOCABLE LIVING TRUST,

Plaintiffs,

v.

CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL INC., and JP MORGAN CHASE BANK NA,

Defendants.

No. C 10-02842 WHA

**ORDER DENYING ATTORNEY MAR'S MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL**

Attorney Craig Mar's motion to withdraw as plaintiffs' counsel is **DENIED**. At a hearing on April 14, Attorney Mar specifically affirmed that he would remain as plaintiffs' counsel for the duration of this action. Furthermore, the issues raised by his motion present no surprises — Attorney Mar was aware of all facts at the hearing. His request to shorten time is **DENIED AS MOOT**, and the hearing he noticed for July 7 is **VACATED**.

**IT IS SO ORDERED.**

Dated: June 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE