**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARVEY OTTOVICH, MARK OTTOVICH, and the HARVEY G. OTTOVICH REVOCABLE LIVING TRUST,

    Plaintiffs,

  v.

CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL INC., and JP MORGAN CHASE BANK NA,

    Defendants.

No. C 10-02842 WHA

**ORDER DENYING DEFENDANTS' REQUEST FOR AN ORDER TO COMPEL PLAINTIFFS' ATTENDANCE AT DEPOSITION**

Counsel for defendants Chase Home Finance, LLC, and JP Morgan Chase Bank, NA, have submitted a letter requesting "the Court's assistance in securing the attendance of Plaintiffs at deposition," and for "the Court to schedule an appearance and impress upon the Plaintiffs the import of their attendance at their deposition . . . [and] issue an order compelling their attendance."

Defendants' request is **DENIED**. Fact discovery has been closed in this matter since *April 30*. Defendants did not seek relief before discovery closed and they do not even address this problem in their submission. If the parties agreed to stipulate to ignore the Court's

deadlines, then counsel are stuck relying on their stipulation and will not get an after-the-fact blessing for their plan.

**IT IS SO ORDERED.**

Dated: July 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2