IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY OTTOVICH, MARK OTTOVICH, and the HARVEY G. OTTOVICH REVOCABLE LIVING TRUST,<br><br>            Plaintiffs,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL INC., and JP MORGAN CHASE BANK NA,<br><br>            Defendants.<br>                                                                 / | No. C 10-02842 WHA<br><br>**ORDER REGARDING DOCUMENTS REQUIRED FOR PRETRIAL CONFERENCE** |

Counsel shall be prepared to show at the pretrial conference on Monday exactly which of the exhibits that the other side proposes to present at trial were actually produced during discovery under a proper document request.

All counsel shall be sure to bring all documents regarding Rule 26(a) disclosures to court with them (and anything else required to resolve the motions *in limine*).

**IT IS SO ORDERED.**

Dated: August 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE