**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY OTTOVICH, MARK OTTOVICH, and the HARVEY G. OTTOVICH REVOCABLE LIVING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL INC., and JP MORGAN CHASE BANK NA,<br><br>Defendants.<br>_____/ | No. C 10-02842 WHA<br><br>**ORDER DENYING PLAINTIFFS' MOTION *IN LIMINE* "# 5"** |

Plaintiffs move *in limine* to exclude Vicky Lindsey as a witness. This is an untimely motion and in any event it is meritless because the disclosure of the corporate representative at the time of the pretrial conference was timely. Therefore, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE