**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY OTTOVICH, MARK OTTOVICH, and the HARVEY G. OTTOVICH REVOCABLE LIVING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL INC., and JP MORGAN CHASE BANK NA,<br><br>Defendants. | No. C 10-02842 WHA<br><br>**ORDER SETTING SHOW CAUSE HEARING** |

The Court has been informed by Magistrate Judge Cousins that plaintiffs and their counsel have failed to show up for settlement conferences — repeatedly so. Accordingly, plaintiffs and their counsel are ordered to show cause on **TUESDAY, SEPTEMBER 6, 2011, AT 7:30 A.M.**, why their action should not be dismissed or other sanction imposed. The trial may or may not proceed immediately after the order to show cause is heard.

**IT IS SO ORDERED.**

Dated: August 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE