United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY OTTOVICH, MARK OTTOVICH, and the HARVEY G. OTTOVICH REVOCABLE LIVING TRUST,<br><br>    Plaintiffs,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL INC., and JP MORGAN CHASE BANK NA,<br><br>    Defendants.<br>                                      / | No. C 10-02842 WHA<br><br>**ORDER** |

    Counsel shall advise the court by **NOON** on **OCTOBER 3, 2011**, whether the $1,200 ordered to be paid to defendant at the show cause hearing on September 6, 2011, has been paid.

    **IT IS SO ORDERED.**

Dated: September 29, 2011.

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE