1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

**United States District Court**
For the Northern District of California

10 | HARVEY G. OTTOVICH REVOCABLE LIVING    No. C 10-02842 WHA

11 | TRUST DATED MAY 12, 2006, HARVEY
OTTOVICH AS TRUSTEE FOR THE HARVEY G.

12 | OTTOVICH REVOCABLE LIVING TRUST DATED
MAY 12, 2006, M. OTTOVICH AS SUCCESSOR

13 | TRUSTEE FOR AND BENEFICIARY OF HARVEY
G. OTTOVICH REVOCABLE LIVING TRUST    **NOTICE**

14 | DATED MAY 12, 2006,

15 | Plaintiffs,

16 | v.

17 | WASHINGTON MUTUAL, INC., CHASE HOME
FINANCE, LLC, JPMORGAN CHASE BANK, N.A.,

18 | AN ACQUIRER OF CERTAIN ASSETS AND
LIABILITIES OF WASHINGTON MUTUAL BANK

19 | FROM THE FEDERAL DEPOSIT INSURANCE
CORPORATION ACTING AS RECEIVER DOES

20 | ONE THROUGH 50, INCLUSIVE,

21 | Defendants.

22 | _____/

23 This case is near trial, but due to a long criminal trial that will consume the undersigned

24 judge's time between now and at least the end of February, perhaps longer, the parties herein are

25 invited (but not required) to stipulate to re-assign this case for all remaining purposes to a

26 magistrate judge, either one agreed to by the parties or one to be randomly assigned. Counsel

27

28

1    must meet and confer on this and report back to the Court by **OCTOBER 31, 2011**.  Any consent

2    must be mutual, in writing, and signed by counsel for all parties.

3

4         **IT IS SO ORDERED.**

5                                                        

6    Dated:  October 19, 2011.

7                                                        WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2