United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY G. OTTOVICH REVOCABLE LIVING TRUST DATED MAY 12, 2006, HARVEY OTTOVICH AS TRUSTEE FOR THE HARVEY G. OTTOVICH REVOCABLE LIVING TRUST DATED MAY 12, 2006, M. OTTOVICH AS SUCCESSOR TRUSTEE FOR AND BENEFICIARY OF HARVEY G. OTTOVICH REVOCABLE LIVING TRUST DATED MAY 12, 2006, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL, INC., CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER DOES ONE THROUGH 50, INCLUSIVE, <br><br> Defendants. / | No. C 10-02842 WHA <br><br> **ORDER TO SHOW CAUSE REGARDING PROPOSED TRIAL DATE** |

In light of the recent six-month suspension of Attorney Craig Mar, plaintiffs' counsel, from the bar of the United States District Court for the Northern District of California, all proceedings in this action shall be **STAYED** until **MAY 31, 2012**. A pretrial conference will be held on **JULY 2, 2012, AT 2 P.M.**, and trial will begin on **JULY 9, 2012, AT 7:30 A.M.** This is without prejudice to a substitution of new counsel for plaintiffs and a motion to advance trial based thereon. Before the stay and new pretrial and trial dates become effective, both sides are

invited to show cause why a stay should not be entered or the above-stated pretrial and trial dates should not be set, any such cause to be submitted by way of declaration filed by **NOON** on or before **FRIDAY, DECEMBER 16, 2011.**

**IT IS SO ORDERED.**



Dated:  December 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE