IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY G. OTTOVICH REVOCABLE LIVING TRUST DATED MAY 12, 2006, HARVEY OTTOVICH AS TRUSTEE FOR THE HARVEY G. OTTOVICH REVOCABLE LIVING TRUST DATED MAY 12, 2006, M. OTTOVICH AS SUCCESSOR TRUSTEE FOR AND BENEFICIARY OF HARVEY G. OTTOVICH REVOCABLE LIVING TRUST DATED MAY 12, 2006, <br><br>   Plaintiffs, <br><br>  v. <br><br> WASHINGTON MUTUAL, INC., CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER DOES ONE THROUGH 50, INCLUSIVE, <br><br>   Defendants. <br> _____ / | No. C 10-02842 WHA <br><br><br> **ORDER STAYING ACTION AND SETTING THIRD CASE MANAGEMENT SCHEDULING ORDER** |

In light of the recent six-month suspension of plaintiffs' counsel from the bar of the United States District Court for the Northern District of California, the parties were ordered to show cause by December 16, 2011, why the action should not be stayed until May 31, 2012, and why the proposed pretrial conference and trial dates should not be set. No response was filed. Thus, this action is hereby **STAYED** until **MAY 31, 2012**. A pretrial conference will be held on **JULY 2, 2012 AT 2 P.M.** and trial will begin on **JULY 9, 2012, AT 7:30 A.M.** This is without

prejudice to a substitution of new counsel for plaintiffs and a motion to advance trial based thereon.

**IT IS SO ORDERED.**

Dated: December 19, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE