IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARVEY OTTOVICH, as trustee for the Harvey G. Ottovich Revocable Living Trust dated May 12, 2006, MARK OTTOVICH, as successor trustee for and beneficiary of Harvey G. Ottovich revocable living trust dated May 12, 2006, HARVEY G. OTTOVICH REVOCABLE LIVING TRUST, dated May 12, 2006,

    Plaintiffs,

  v.

CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL, INC., JP MORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from Federal Deposit Insurance Corporation acting as receiver,

    Defendants.
                                                     /

No. C 10-02842 WHA

**ORDER REQUIRING FURTHER MEDIATION CONFERENCE**

This action was stayed until May 31, 2012. The stay has ended. Pursuant to the third case management scheduling order, a pretrial conference will be held on **JULY 2, 2012, AT 2 P.M.** and trial will begin on **JULY 9, 2012, AT 7:30 A.M.** The parties and their counsel are ordered to return to Magistrate Judge Nathaniel M. Cousins for a further mediation conference. The mediation conference must take place on or before **JUNE 29**, if convenient to Magistrate Judge Cousins.

**IT IS SO ORDERED.**

Dated: June 15, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE