**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY OTTOVICH, as trustee for the Harvey G. Ottovich Revocable Living Trust dated May 12, 2006, MARK OTTOVICH, as successor trustee for and beneficiary of Harvey G. Ottovich revocable living trust dated May 12, 2006, HARVEY G. OTTOVICH REVOCABLE LIVING TRUST, dated May 12, 2006, | No. C 10-02842 WHA |

                    Plaintiffs,                          **ORDER STAYING**
                                                         **ACTION AND SETTING**
                                                         **NEW PRETRIAL**
v.                                                       **CONFERENCE**
                                                         **AND TRIAL DATES**

CHASE HOME FINANCE, LLC, WASHINGTON
MUTUAL, INC., JP MORGAN CHASE BANK,
N.A., an acquirer of certain assets and liabilities of
Washington Mutual Bank from Federal Deposit
Insurance Corporation acting as receiver,

                    Defendants.
                                                                     /

         The parties seek a 90-day stay to negotiate a possible loan modification.  The case will be

STAYED for 90 calendar days. A pretrial conference will be held on OCTOBER 1, 2012, AT 2 P.M.

and trial will begin on OCTOBER 9, 2012, AT 7:30 A.M.  The pretrial conference set for today,

July 2, 2012, and the trial set for July 9, 2012, at 7:30 a.m. are hereby VACATED.


         **IT IS SO ORDERED.**


Dated:  July 2, 2012.
                                        _____
                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE