IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARRY OTTOVICH, et al.,

        Plaintiffs,

  v.

CHASE HOME FINANCE, et al.,

        Defendant.

No. 3:10-cv-02842 WHA (NC)

**ORDER REGARDING FURTHER SETTLEMENT CONFERENCE**

The parties are ordered by September 21, 2012, 5:00 p.m., to (1) exchange written settlement demands with each other; (2) advise Court of expected participants at the September 27 further settlement conference; and (3) lodge (not e-file) with chambers of Magistrate Judge Cousins updated settlement conference status reports.

**IT IS SO ORDERED.**

Dated: September 12, 2012

NATHANAEL COUSINS
United States Magistrate Judge