United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY OTTOVICH, et al., | No. 3:10-cv-02842 WHA (NC) |
| Plaintiffs, | **ORDER REGARDING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| CHASE HOME FINANACE, et al., | |
| Defendants. | |

The Court is in receipt of Plaintiffs' counsel Craig Mar's communication "Notice of Unavailability to Attend Settlement Conference." The Settlement Conference scheduled for September 27, 2012, remains set for 1:00 p.m. in Courtroom 5, Fourth Floor of the San Jose Courthouse, 280 South First Street, San Jose, California. Counsel and clients are expected to be present absent further order of the Court. The vaguely stated reasons for anticipated absence do not constitute good cause.

Any request to reschedule the Settlement Conference must be made by motion, supported by facts in a declaration made under penalty of perjury. In addition, counsel must meet and confer with opposing counsel in an effort to find a mutually available date.

**IT IS SO ORDERED.**

Dated: September 24, 2012

NATHANAEL COUSINS
United States Magistrate Judge