IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY OTTOVICH, as trustee for the Harvey G. Ottovich Revocable Living Trust dated May 12, 2006, MARK OTTOVICH, as successor trustee for and beneficiary of Harvey G. Ottovich revocable living trust dated May 12, 2006, HARVEY G. OTTOVICH REVOCABLE LIVING TRUST, dated May 12, 2006,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL, INC., JP MORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from Federal Deposit Insurance Corporation acting as receiver,<br><br>Defendants. | No. C 10-02842 WHA<br><br>**ORDER RE PRETRIAL CONFERENCE AND TRIAL DEADLINES** |

On July 20, 2012, an order issued staying this action for 90 days and setting the pretrial conference date for October 1 and a trial date for October 9 (Dkt. No. 134). Plaintiffs have failed to file the required pretrial filings pursuant to the case management order (Dkt. No. 27).

Plaintiffs must file all required pre-trial filings by **NOON ON SEPTEMBER 21, 2012.** Counsel must appear for the pre-trial conference on **OCTOBER 1 AT 2 P.M.** or risk terminating sanctions or other appropriate sanctions. The parties are reminded that mediation proceedings do not affect their obligations to comply with the pre-trial and trial obligations set by prior Court order.

**IT IS SO ORDERED.**

Dated: September 27, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE