IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARVEY OTTOVICH, as trustee for the Harvey G. Ottovich Revocable Living Trust dated May 12, 2006, MARK OTTOVICH, as successor trustee for and beneficiary of Harvey G. Ottovich revocable living trust dated May 12, 2006, HARVEY G. OTTOVICH REVOCABLE LIVING TRUST, dated May 12, 2006,

Plaintiffs,

v.

CHASE HOME FINANCE, LLC, WASHINGTON MUTUAL, INC., JP MORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from Federal Deposit Insurance Corporation acting as receiver,

Defendants.
                                                        /

No. C 10-02842 WHA

**SECOND ORDER RE PRETRIAL CONFERENCE AND TRIAL DEADLINES**

The magistrate judge informed me that plaintiffs and their lawyer failed to show up for the mandatory settlement conference today. The final pre-trial conference is October 1 at 2 p.m. The parties filed pre-trial papers in advance of the last pre-trial conference, dated September 6, 2011. No new pre-trial papers have been filed.

At the final pre-trial conference on October 1, plaintiffs and their counsel are hereby ordered to show cause why this case should not be dismissed for lack of prosecution and failure to attend the settlement conference. All factual statements must be sworn under oath.

**IT IS SO ORDERED.**

Dated: September 27, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE